```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 06 B 13934
   PORTIA M JONES
                                               CHAPTER 13

                                               JUDGE: JACQUELINE P COX

       Debtor
   SSN XXX-XX-0347


-----------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     The case was filed on 10/27/2006 and was confirmed 02/05/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 07/23/2007.
-----------------------------------------------------------------------------
CREDITOR NAME                 CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                                 PAID           PAID
-----------------------------------------------------------------------------
R & R COUNTRY MOTORS INC  SECURED NOT I        .00              .00             .00
AFNI INC                  UNSECURED         NOT FILED           .00             .00
CREDIT ACCEPTANCE CORP    UNSECURED           5634.56           .00             .00
CRED PROTECTION ASSOCIAT  UNSECURED         NOT FILED           .00             .00
DEPENDON COLLECTION SE    UNSECURED         NOT FILED           .00             .00
HELVEY ASSOCIATION        UNSECURED         NOT FILED           .00             .00
IC SYSTEMS                UNSECURED         NOT FILED           .00             .00
LVNV FUNDING              UNSECURED         NOT FILED           .00             .00
NCO COLLECTION AGENCY     UNSECURED         NOT FILED           .00             .00
ASSET ACCEPTANCE LLC      UNSECURED            278.21           .00             .00
PROFCRDSVS                UNSECURED         NOT FILED           .00             .00
PARK NATIONAL BANK        UNSECURED          16553.67           .00             .00
RMI/MCSI                  UNSECURED            275.00           .00             .00
RMI/MCSI                  UNSECURED         NOT FILED           .00             .00
RMI/MCSI                  UNSECURED         NOT FILED           .00             .00
ROSEMARY JOHNSON          UNSECURED         NOT FILED           .00             .00
RESURGENT CAPITAL SERVIC  UNSECURED            363.48           .00             .00
US DEPT OF EDUCATION      UNSECURED          10600.57           .00             .00
PORTFOLIO RECOVERY ASSOC  UNSECURED            863.13           .00             .00
ASSET ACCEPTANCE LLC      UNSECURED           1879.74           .00             .00
ROBERT J SEMRAD & ASSOC   REIMBURSEMENT        343.00           .00          328.30
ILLINOIS DEPT OF REVENUE  PRIORITY             265.28           .00             .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY        2,702.00                           .00
TOM VAUGHN                TRUSTEE                                             21.70
DEBTOR REFUND             REFUND                                                .00

     Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                      RECEIPTS             DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                350.00
```

PAGE  1 - CONTINUED ON NEXT PAGE
    CASE NO. 06 B 13934 PORTIA M JONES

```
PRIORITY                                                       328.30
SECURED                                                           .00
UNSECURED                                                         .00
ADMINISTRATIVE                                                    .00
TRUSTEE COMPENSATION                                            21.70
DEBTOR REFUND                                                     .00
                                     ---------------    ---------------
TOTALS                                       350.00             350.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
Dated: 10/18/07               _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```

                              PAGE   2
        CASE NO. 06 B 13934 PORTIA M JONES